DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONIA COTERA,**
Appellant,

v.

**U.S. BANK, NATIONAL ASSOCIATION,** As Trustee for Lehman XS Trust
Mortgage Pass Through Certificates, Series 2006-16N,
Appellee.

No. 4D18-1511

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 16016866.

Martin G. McCarthy and Emre Yersel of McCarthy & Yersel, PLLC, Coral Gables, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***